COURTLANDT BABCOCK, Appellant, *v.* RICHARD H. SWART- WOUT et al., Copartners under the Firm Name of SWARTWOUT & APPENZELLAR, Respondents.

(Submitted February 24, 1913; decided March 4, 1913.)

Motion to amend remittitur denied, with ten dollars costs.　(See 207 N. Y. 650.)

---

FRANCIS J. DELEHANTY, Appellant, *v.* BART DUNN, Respondent.

Reported below, 151 App. Div. 695.
(Submitted February 24, 1913; decided March 4, 1913.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1912, revers- ing a judgment in favor of plaintiff entered upon a ver- dict and granting a new trial in an action on contract.

The motion was made upon the ground that appellant now desires that the case be returned to the trial court for a retrial of the issues.

*P. Henry Delehanty* for motion.

*Henry N. French* opposed.

Motion granted upon appellant, within twenty days, paying respondent costs of appeal to date; on failure to comply with these terms the appeal is dismissed, with costs and ten dollars costs of motion.